PEREIRA v. MASEL SUPPLY CO

EVIDENCE—ADMISSIBILITY—INTERROGATORIES—REFUSAL TO ANSWER
—COURT RULES.
   Permitting plaintiff to introduce, in an action for unpaid sales
   commissions, the best evidence at his disposal of his sales
   volume and the amount of commission due was proper where
   defendants had refused to answer interrogatories on these
   very points in the face of an order of the court, in view of
   the serious sanctions that the court could have imposed under
   the rules (GCR 1963, 313.2).

Appeal from Oakland, William John Beer, J.
Submitted Division 2 November 3, 1971, at Detroit.
(Docket No. 10956.)   Decided November 29, 1971.
Leave to appeal denied, 386 Mich 788.

Complaint by Leonard Pereira against Masel Sup-
ply Company, Mendel Mendlowitz, and Leopold
Mendlovic for unpaid sales commissions.   Judg-
ment for plaintiff.   Defendants appeal.   Affirmed.

*Gage, Brukoff, Dubin & Suedara* (by *Richard A.
Lenter*), for plaintiff.

*Friedman, Kraft & Cohen,* for defendants.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS
and O'HARA,* JJ.

* Former Supreme Court Justice, sitting on the Court of Appeals
by assignment pursuant to Const 1963, art 6, § 23 as amended in
1968.

REFERENCE FOR POINTS IN HEADNOTE
23 Am Jur 2d, Depositions and Discovery §§ 256, 263.

PER CURIAM.  Plaintiff is a sales representative formerly employed by defendants; his suit for unpaid commissions resulted in a jury verdict in his favor in the amount of $10,000.

Defendants appeal alleging certain errors in the admission of exhibits and testimony.  The evidence introduced dealt with plaintiff's sales volume and the amount of commissions due.  Prior to trial, and in the face of an order of the court, defendants refused to answer interrogatories on these very points.

In view of defendants' recalcitrance, and the serious sanctions the court could have imposed pursuant to GCR 1963, 313.2, we feel the trial court acted properly by allowing the plaintiff to introduce the best evidence at his disposal.

Affirmed.  Costs to plaintiff.